United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY DEROSIER,<br><br>    Plaintiff,<br><br>    v.<br><br>GLOBAL HAWK INSURANCE COMPANY (RRG),<br><br>    Defendant. | Case No. 4:16-cv-06069-KAW<br><br>**ORDER GRANTING LEAVE OF COURT TO FILE A MOTION FOR RECONSIDERATION; ORDER CONSIDERING MOTION FOR RECONSIDERATION AS FILED; ORDER SETTING HEARING ON MOTION**<br><br>Re: Dkt. No. 20 |

On December 3, 2016, Plaintiff filed a motion for reconsideration of the denial of attorney's fees in connection with the motion to remand, which the Court granted on November 23, 2016. (Pl.'s Mot., Dkt. No. 20.)  Since the motion was improperly filed before obtaining leave of court under Civil Local Rule 7-9(a), the undersigned will consider the motion filed as a motion for leave of court, which is GRANTED.  Furthermore, the Court will consider the motion for reconsideration, Dkt. No. 20, as filed.

Accordingly, Defendant is permitted to file an opposition to the motion and the corresponding request for judicial notice on or before January 13, 2017.  In the unlikely event that the Court requires a rebuttal, the undersigned will ask Plaintiff to file a reply.

The parties are encouraged to meet and confer regarding the payment of fees and costs in light of Defendant's representation in *Global Hawk Ins. Co. (RRG) v. Carlos Vega, et al.*, 15-cv-02093-YGR, that its principal place of business is in California. (Compl. ¶ 1, Pl.'s Req. for Judicial Notice, Dkt. No. 20-2, Ex. 1.)

///

///

///

A hearing on the motion for reconsideration is set for February 2, 2017.

IT IS SO ORDERED.

Dated: December 20, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge